# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SHYHEEM WILLIAMS** | : | **NO. 22-418** |

## ORDER

**AND NOW**, this 11th day of October 2023, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements (Doc. No. 17), the Government's Response in Opposition (Doc. No. 21), Defendant's Supplemental Motion to Suppress Physical Evidence and Statements (Doc. No. 36), the Government's Proposed Findings of Fact and Conclusions of Law (Doc. No. 37), the testimony at the hearing held on April 17, 2023, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motions to Suppress (Doc. No. 17, 36) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.